■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. BUTLER, Appellant, v. WILLIAM PHIMISTER, as Warden of Westchester County Jail, Respondent.— In this habeas corpus proceeding, in which relator appealed from a judgment of the Supreme Court, Westchester County, entered May 26, 1972, which dismissed the writ, respondent has made a motion to dismiss the appeal on the ground it is academic, as appellant is no longer in custody. Motion granted and appeal dismissed, without costs. On February 15, 1973, relator was released from Clinton Correctional Facility by reason of the expiration of the maximum

of his term. Under the circumstances, the appeal should be dismissed (*People ex rel. Jones* v. *New York State Parole Bd.*, 30 N Y 2d 834). Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.